**772**

■ MANUFACTURERS TRUST COMPANY, Appellant, v. ARCHIBALD PALMER, as Trustee for Modern Tours, Inc., Respondent. MANUFACTURERS TRUST COMPANY, Appellant, v. BERNARD BERMAN, Respondent. MANUFACTURERS TRUST COMPANY, Appellant, v. ISAAC BERMAN, Respondent.— Three orders entered on December 4, 1959, denying plaintiff's motions for summary judgment, unanimously reversed, on the law, with $20 costs and disbursements to the appellant, the motions granted, with $10 costs, and an assessment of damages directed. The alleged oral agreement varying the unconditional obligations of the notes in suit cannot be availed of as a defense. (*Ford* v. *Hahn,* 269 App. Div. 436.) The allegations of the defendants fail to sustain the defense of fraud. Moreover, public policy requires that a person executing an instrument constituting an obligation to a bank be estopped from enforcing an oral agreement not to enforce it according to its terms. (*Mount Vernon Trust Co.* v. *Bergoff,* 272 N. Y. 192.) Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ. .

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO DOTI, SHELDON STERNBACH, SAMUEL TILLMAN, HERMAN WEINTRAUB, BERNARD IZBICKI, HARRIET BUSMAN, CLAIRE ZUCKER, YETTA RICCIARDI, DAVID SHEFF, ALFRED SODINE, ISADORE COHEN, MARTIN ROSENWEIG, CHARLES MARTIN, SOL OSCAR, JOSEPH SHADLOW, MURRAY KAZER, ARNOLD NECKMAN, BENJAMIN VANOOK, SOL LUFTSCHEIN, HERBERT MIRER, EMANUEL PARISER, LEO PARISER, SAM KAHN, HAROLD KISSEL, RUTH BROUMBERG, KURT KLAR, HERBERT HAUSER, JOE ROTH, MARTIN BINDER, ROSE DAVIS, DAVID BREAKSTONE, HOWARD SPIRO, ANN SHEVIT, LESTER FOX, EDITH STEVENS, ALAN STAFF, JULIUS SPALKY, MILTON STRAUSS, ZETA HIRSCHORN, JOSEPH HIRSCHORN, HY OSTROV, JACK STELLING, IRVING MARKBREITER, ISIDORE BILLIG, BENJAMIN HAFFNER, WALLACE SHEFT, HERMAN SHEFT, J. HARVEY ROSENTHAL, NATHAN MILLER and DAVID MARKBREITER, Appellants.— Judgments of conviction unanimously reversed and informations dismissed on the authority of *People* v. *Welt* (8 N Y 2d 961). Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC NAMER, Appellant.— Order entered on May 19, 1960, denying defendant's application for a writ of error *coram nobis,* unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between RUBIN ZUCKERMAN, as President of Joint Board of Cloak, Suit, Skirt & Reefer Makers' Union, Respondent, and WILLIAM I. NATHAN CO., INC., Appellant.— Order and judgment unanimously affirmed, with costs to the petitioner-respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ISIDORE BRANHAM.— Motion for an order adding appeal to the June 1961 Term Enumerated Calendar of this court granted on condition that the appellant files a notice of argument for the June 1961 Term. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ In the Matter of NATHAN LANS, Deceased. BERNICE MARLOWE, Appellant; PRUDENTIAL APPRAISERS, INC., Respondent.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before June 9, 1961, with notice of argument for June 20, 1961, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 15, 1961. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERIC SCHWARTZ v. EDWARD DROS, as Warden of the Workhouse of the City of New York.— Motion for an order admitting relator-appellant to bail denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.